## WHITTAM and Wife *v.* YOUNG, in Error.

ACTION of slander against husband and wife, for the following words spoken by the wife:—*James Hukel* and his wife

May Term, make no bones to say, that *Ira Young* (meaning the said plaintiff)
   1824.   stole their (meaning the said *James Hukel* and his wife's) thread.

WHITTAM  Thereby meaning that the said *James Hukel* and his wife had ac-
   v.    cused him, the said plaintiff, of stealing their (the said *James Hu-*
YOUNG.   *kel* and his wife's) thread.——Averment, that *Hukel* and his wife
         had not, nor had either of them, ever stated the said words.

   *Held,* in error, that the declaration contained a good cause of
action.